

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00309-CV

Leticia Garza **GALVAN** and Martie Garcia Vela,
Appellants

v.

Eloy **VERA** and Baldermar Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-18-186
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellants have filed a motion for extension of time, requesting that the due date for appellants' brief be extended to five days after the filing of the supplemental reporter's record in this appeal. The motion is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court